UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLAAS VAN DIJEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>  Defendants. | Case No. 3:23-cv-05908-TMC<br><br>**ORDER GRANTING DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE** |

THIS MATTER having come on Defendant Citibank, N.A.'s Unopposed Motion for Relief from Deadline, the Court having examined the files and records, and having considered oral argument, if any, it is hereby

ORDERED that Defendant's Unopposed Motion for Relief from Deadline is granted.  The deadline for Defendant Citibank, N.A. to respond to Plaintiff's Complaint is hereby extended to January 8, 2024.

Dated this 8th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

ORDER GRANTING DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE - Page 1 (Case No. 3:23-cv-05908-TMC)
CITI-L32\00751581.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

1 Presented by:
TOMASI BRAGAR DUBAY

2

3 By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828

4 (503) 894-9900
edubay@tomasilegal.com

5 *Attorney for Defendant Citibank, N.A.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION
FOR RELIEF FROM DEADLINE - Page 2 (Case No. 3:23-cv-05908-TMC)
CITI-L32\00751581.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I electronically transmitted the attached ***PROPOSED* ORDER GRANTING DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> SaraEllen Hutchison
> SaraEllen Hutchison, PLLC
> 2367 Tacoma Avenue South
> Tacoma, WA 98402
> saraellen@saraellenhutchison.com
> *Attorney for Plaintiff*

> Andrew R. Escobar
> Seyfarth Shaw LLP
> 999 Third Avenue, Suite 4700
> Seattle, WA 98104
> aescobar@seyfarth.com
> *Attorney for Defendant Equifax Information Services, LLC*

DATED this 7th day of December, 2023.

> TOMASI BRAGAR DUBAY
>
> By: /s/ Eleanor A. DuBay
> Eleanor A. DuBay, WSBA #45828
> 121 SW Morrison St, Suite 1850
> Portland, OR 97204
> (503) 894-9900
> edubay@tomasilegal.com
> *Attorneys for Defendant Citibank, N.A.*

CERTIFICATE OF SERVICE – Page 1 (Case No. 3:23-cv-05908-TMC)
CITI-L32\00751581.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236