The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NICOLAAS VAN DIJEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>        Defendants. | Case No. 3:23-cv-05908-TMC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>NOTE ON MOTION CALENDAR:<br>February 9, 2024 |

STIPULATION AND ORDER TO DISMISS
DEFENDANT EQUIFAX INFORMATION
SERVICES LLC

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

1  Plaintiff, NICOLAAS VAN DIJEN ("Plaintiff"), and Defendant, EQUIFAX
2  INFORMATION SERVICES LLC ("Equifax") by their respective counsel, hereby stipulate and
3  agree that all matters herein between them that were made or could have been made have been
4  compromised and settled, and that Plaintiffs' cause of action against Equifax be dismissed, with
5  prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted this 9th day of February, 2024.

| SEYFARTH SHAW LLP | LAW OFFICE OF SARAELLEN HUTCHISON, PLLC |
|---|---|
| By: */s/ Andrew R. Escobar* <br> Andrew R. Escobar, WSBA No. 42793 <br> 999 Third Avenue, Suite 4700 <br> Seattle, WA 98104 <br> (206) 946-4910 \|Phone <br> (206) 946-4901 \| Fax <br> Email:  aescobar@seyfarth.com <br><br> *Counsel for Defendant Equifax Information Services LLC* | By: */s/ SaraEllen Hutchison* <br> SaraEllen Hutchison, WSBA No. 36137 <br> 2367 Tacoma Avenue South <br> Tacoma, WA 98402 <br> (206) 529-5195 \| Phone <br> (253) 302-8486 \| Fax <br> Email: saraellen@saraellenhutchison.com <br><br> *Counsel for Plaintiff* |

STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC - 1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

1 | IT IS SO ORDERED.

3 | Dated this 9th day of February, 2024.

                                                Tiffany M. Cartwright
                                                United States District Judge

STIPULATION AND ORDER TO DISMISS
DEFENDANT EQUIFAX INFORMATION
SERVICES LLC - 2

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 9th day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 9th day of February, 2024 at Tacoma, Washington.

        S//SaraEllen Hutchison_____
        SARAELLEN HUTCHISON (WSBA #36137)

STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC - 3

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com